FILED

APR 19 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

RAYMOND T. FIELDS III, and
COURTNEY WOMACK,

Defendants.

CRIMINAL NO. 17-30085-DRH

Title 18, United States Code,
Sections 2, 2422(a), 922(g)(1), 924(a)(2),
and 924(d); and

Title 28, United States Code,
Section 2461(c)

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### Felon in Possession of a Firearm

On or about March 27, 2017, in Madison County, within the Southern District of Illinois,

**RAYMOND T. FIELDS III,**

defendant herein, having been previously convicted of a felony – namely, Shooting a Firearm Into a Motor Vehicle, in violation of Missouri Revised Statutes, Section 565.030, in St. Louis, Missouri, Case No. 0622CR2101-01, on or about April 28, 2009 – did knowingly possess, in and affecting commerce, a firearm – namely, a HiPointe Model C9 9mm. pistol, bearing serial number P1655773, with extended magazine; all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### Inducing and Enticing Person to Travel in Interstate Commerce to Engage in Illegal Sexual Activity

On or about March 27, 2017, in Madison County, within the Southern District of Illinois,

**COURTNEY WOMACK,**

defendant herein, aided and abetted by **RAYMOND T. FIELDS III**, defendant herein, did knowingly induce and entice an individual, D.T., to travel in interstate commerce – from Missouri to Illinois – to engage in sexual activity for which Courtney Womack can be charged with a criminal offense – namely, Prostitution, in violation of Illinois Compiled Statutes, Chapter 5, Section 11-14; all in violation of Title 18, United States Code, Sections 2 and 2422(a).

## FORFEITURE ALLEGATIONS

### FORFEITURE OF FIREARM

Upon conviction of the offense alleged in this Indictment, defendant **RAYMOND T. FIELDS III** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in this Indictment, including, but not limited, to the following: a HiPointe Model C9 9mm. pistol, bearing serial number P1655773, with extended magazine, and any and all ammunition contained therein.

**A TRUE BILL**

[redacted]

STEPHEN B. CLARK
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention for Raymond Fields III; Bond for Courtney Womack