IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 17-30085-01-DRH |
| ) | |
| RAYMOND T. FIELDS III, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Plaintiff and Defendant hereby agree and stipulate as follows:

1. On March 27, 2017, in Madison County, within the Southern District of Illinois, Defendant Raymond T. Fields III knowingly possessed the firearm referenced in the Indictment – that is, a HiPointe Model C9 9mm. pistol, bearing serial number P1655773, with extended magazine.

2. The firearm had been manufactured outside the state of Illinois and had therefore traveled in interstate commerce before Defendant possessed it on the date referenced in the Indictment. The firearm was in working order and was capable of firing a projectile by action of explosive.

3. The Defendant was previously convicted of crime punishable by more than a year imprisonment – that is, Shooting a Firearm Into a Motor Vehicle, in violation of Missouri Revised

1

Statutes, Section 565.030, in St. Louis, Missouri, Case No. 0622CR2101-01, on or about April 28, 2009.

 

_____
RAYMOND T. FIELDS III
Defendant

_____
HAL GOLDSMITH
Attorney for Defendant

Date: July 21, 2017

DONALD G. BOYCE
United States Attorney

_____
STEPHEN B. CLARK
Assistant United States Attorney

Date: 7/21/2017