# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
      **Plaintiff,**

**v.**                   **No. 3:17-cr-30085-DRH-1**

RAYMOND T. FIELDS, III,
      **Defendant.**

## ORDER

**HERNDON, District Judge:**

Before the Court is defendant Raymond Fields' ("Fields") Motion for Furlough (Doc. 63). The government opposes (Doc. 64). Based on the following, the Motion for Furlough (Doc. 63) is **DENIED**.

On May 5, 2017, Fields waived his detention hearing and submitted himself to pre-trial detention pursuant to 18 U.S.C. § 3142(e) and (i) (Doc. 30).[1] He was denied bail and remanded to the custody of the United States Marshals Service after pleading guilty to Count 1—Felon in Possession of a Firearm; as the Court found that no condition or combination of conditions would reasonably assure his appearance at sentencing, and no condition or combinations of conditions would reasonably assure the safety of any other person and the community (Docs. 40, 41). Fields now requests grant of a 20-day furlough in order to tend to personal financial and property matters (Doc. 63).

---

[1] A warrant for Fields' arrest was issued on April 20, 2017 following his indictment on felony charges of Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); and Inducing/Enticing Travel in Interstate Commerce to Engage in Illegal Sexual Activity, 18 U.S.C. §§ 2, 2422(a). He was arrested on April 28, 2017 and remained under federal custody (Doc. 32).

In response to the instant motion, the Court similarly concludes there is no condition or combination of conditions that will ensure Fields will return to custody following a furlough. Moreover, the Court finds Fields is a danger to the community and poses a direct risk to the public. Based on the foregoing, the Motion for Furlough (Doc. 63) is **DENIED**.

**IT IS SO ORDERED**.

Signed this 11th day of August, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.08.11
15:02:34 -05'00'

**UNITED STATES DISTRICT JUDGE**