# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                          **CRIMINAL NO. 17-CR-30085-DRH**

**RAYMOND T. FIELDS III,**

    **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On August 28, 2017, this Court entered an order for forfeiture (doc. 68) against defendant Raymond T. Fields III, for the following property which had been seized from the defendant:

**A Hi Pointe Model C9 9mm, pistol, bearing serial number P1655773, with extended magazine, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 10, 2017, and ending December 9, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7),

1

that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture (doc. 68) filed on August 28, 2017, namely:

**A Hi Pointe Model C9 9mm, pistol, bearing serial number P1655773, with extended magazine, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

Judge Herndon
2018.04.05
15:22:32 -05'00'

**United States District Judge**